IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ROLAND                                                                          PETITIONER

vs.                 Civil Case No. 5:07CV00302 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                           RESPONDENT

## ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's supplemental brief (DE #13) filed on May 16, 2008.

SO ORDERED this 2nd day of June, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge