IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


MICHAEL ROLAND                                          PETITIONER


vs.              Civil Case No. 5:07CV00302 HLJ


LARRY NORRIS, Director,
Arkansas Department of Correction                       RESPONDENT


<u>ORDER</u>

The court entered an Order on July 18, 2008, stating the record indicated Petitioner had been paroled and he had failed to reply to a communication from the court on June 2, 2008.  The Order directed Petitioner to notify the court within thirty days if he intended to continue with this proceeding.  The Order informed Petitioner that, if he did not respond, the court would presume he was no longer interested in pursuing the matter.  Petitioner has not responded to the Order.

Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, referring to parties appearing pro se, states:

> (2) Parties appearing pro se. It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.... If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice....

Petitioner has not responded to the court's attempts to communicate with him and it appears he is no longer interested in pursuing this matter.

IT IS THEREFORE ORDERED that this petition be, and it is hereby, dismissed without prejudice for failure to prosecute.

SO ORDERED this 22nd day of August 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE